[No. 4460–1.   Division One.   May 16, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT CARL ROOK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 72773, Norman B. Ackley, J., entered January 9, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4478–43873–1.   Division One.   May 16, 1977.]

EDWARD J. LOGAN, *Respondent,* v. THE COUNTY OF KING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 777388, Patrick McCabe, J., entered July 8, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, A.C.J., and Callow, J.

[No. 1976–3.   Division Three.   May 16, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID P. DE LA FUENTE, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 4992, B. E. Kohls, J., entered April 30, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2153–2.   Division Two.   May 17, 1977.]

MARDELL SMITH HUTCHINSON, *Appellant,* v. MARY ALICE SMITH, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65668, John H. Kirkwood, J., entered October 31, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.